■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER CROPPER, Appellant, v JUSTIN TAYLOR, as Superintendent of Gouverneur Correctional Facility, Respondent. [849 NYS2d 809]— Appeal from a judgment of the Supreme Court (Feldstein, J.), entered May 3, 2007 in St. Lawrence County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

In 1992, petitioner was convicted of rape in the first degree, two counts of sodomy in the first degree, assault in the second degree and criminal possession of a weapon in the fourth degree. His conviction was affirmed upon appeal (*People v Cropper*, 202 AD2d 603 [1994], *lv denied* 84 NY2d 824 [1994]) and his subsequent motion pursuant to CPL article 440 was denied, as was his application for a writ of error coram nobis (*People v Cropper*, 242 AD2d 388 [1997]). Petitioner filed the instant application for a writ of habeas corpus alleging, among other things, that his arrest was the result of an illegal automobile stop and that he was never advised of his *Miranda* rights. Supreme Court denied the application, without a hearing, and petitioner now appeals.

A review of the petition reveals no issue that could not have been raised on direct appeal or in a collateral motion and, as such, his claims are not the proper subjects of this habeas corpus proceeding (*see People ex rel. King v Bennett*, 45 AD3d 1015, 1016 [2007]; *People ex rel. Washington v Walsh*, 43 AD3d 1217 [2007], *lv denied* 9 NY3d 816 [2007]). Moreover, inasmuch as petitioner would not be entitled to immediate release from prison even if his claims were successful, habeas corpus relief is unavailable here (*see People ex rel. King v Bennett, supra*; *People ex rel. McDermott v Artus*, 38 AD3d 957, 958 [2007], *lv denied* 8 NY3d 814 [2007]). Accordingly, we affirm.

Mercure, J.P., Carpinello, Rose, Malone Jr. and Kavanagh, JJ., concur. Ordered that the judgment is affirmed, without costs.